ACCEPTED
01-15-00147-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/26/2015 11:13:48 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-00147-CV

## IN THE COURT OF APPEALS
## FIRST DISTRICT OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/26/2015 11:13:48 AM
CHRISTOPHER A. PRINE
Clerk

*In re S. Swain, Annuitant*

*Metropolitan Life Insurance Company and Metropolitan Insurance & Annuity Company,*

Appellants,

*Peachtree Settlement Funding, LLC,*

Appellees.

Appeal from Cause No. 2014-74548
In the 234th Judicial District Court, Harris County, Texas

## UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF OF APPELLANTS METROPOLITAN LIFE INSURANCE COMPANY AND METROPOLITAN INSURANCE & ANNUITY COMPANY

TO THE HONORABLE COURT OF APPEALS:

Appellants Metropolitan Life Insurance Company and Metropolitan Insurance & Annuity Company ("Appellants") file this Motion to Extend Time to File Brief of Appellants in the above-referenced appeal as follows:

1. Based on a review of the case website of the First Court of Appeals,[1] Appellants believe that the current due date to file their brief is Monday, July 20, 2015.

---

[1] http://www.search.txcourts.gov/Case.aspx?cn=01-15-00147-CV&coa=coa01 (*Last Visited - June 25, 2015*)

1

2. Appellants respectfully request a sixty (60) day extension, until Monday, September 21, 2015, to file Appellants' brief in this case.

3. The requested extension is not sought for purposes of delay, but so that Appellants can be afforded an adequate amount of time to prepare their position for the Court.

4. This is the second request for extension of time Appellant has sought in this matter and, as indicated in the Certificate of Conference below, Appellee Peachtree Settlement Funding, LLC does not oppose this extension request.

WHEREFORE, PREMISES CONSIDERED, Appellants Metropolitan Life Insurance Company and Metropolitan Insurance & Annuity Company respectfully request an extension of time until Monday, September 21, 2015 to file their Brief of Appellants in this case and for such other and further relief to which Appellants may be justly entitled.

Respectfully submitted,

By: ___/s/ Patrick. B. Larkin_____

Patrick B. Larkin
State Bar No. 24013004
The Larkin Law Firm, P.C.
11200 Broadway, Suite 2705
Pearland, Texas 77584
(281) 412-7500 Telephone
(281) 412-7502 Fax
Email: plarkin@larkin-law.com
*Attorneys for Appellants*
*Metropolitan Life Insurance*
*Company and Metropolitan Tower*
*Life Insurance Company*

2

## CERTIFICATE OF CONFERENCE

I certify that I made contact with Earl S. Nesbitt, Esq., counsel for Appellee Peachtree Settlement Funding, LLC, and he indicated that his client does not oppose the relief sought in this motion.

/s/ Patrick. B. Larkin
Patrick B. Larkin

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon the following counsel or parties of record on this the 26th day of June, 2015.

**Via Certified Mail and E-Mail**

Earl Nesbitt, Esq.
Nesbitt, Vassar & McCown, L.L.P.
15851 Dallas Parkway
Suite 800
Addison, TX 75001
*enesbitt@nvm.com*

Stephen Harris, Esq.
Drinker Biddle & Reath LLP
One Logan Square
Philadelphia, PA 19103
*Stephen.Harris@dbr.com*

**Via Certified Mail**
Sara Swain
3303 Quarry Place Lane
Katy, TX 77493

/s/ Patrick. B. Larkin
Patrick B. Larkin

3



# LARKIN
## —LAW FIRM P.C.—

**Pearland Town Center Offices East**
**11200 Broadway, Suite 2705**
**Pearland, TX 77584**
**T (281) 412-7500**
**F (281) 412-7502**

Patrick B. Larkin
plarkin@larkin-law.com

*Houston Office*
One Riverway Dr., Suite 1700
Houston, TX 77056
T (281) 412-7500
(By appointment only)

June 26, 2015

**VIA ELECTRONIC FILING**
Christopher A. Prine
Clerk of the 1st Court of Appeals
301 Fannin Street
Houston, Texas 77002

> Re:  Cause No. 01-15-00147-CV; *Metropolitan Insurance and Annuity Company and Metropolitan Life Insurance Company v. Peachtree Settlement Funding, LLC*; In the Texas Court of Appeals, First District.

Dear Mr. Prine,

Enclosed please find the following document for filing regarding the above-referenced matter:

1. Unopposed Motion to Extend Time to File Brief of Appellants Metropolitan Life Insurance Company and Metropolitan Insurance & Annuity Company.

We would appreciate your office filing same and acknowledging receipt to us in your usual manner by returning the file-stamped pleading to our office.

If you have any questions, please contact me at 281-412-7500. Thank you for your cooperation in this matter.

Very truly yours,

THE LARKIN LAW FIRM, P.C.

/s/ PATRICK B. LARKIN

Patrick B. Larkin

PBL/ao
Enc.

cc:
*Via Electronic Service &*
*CM/RRR: #7014 0510 0001 7346 7017*
Earl Nesbitt
Nesbitt, Vassar & McCown, L.L.P.
15851 Dallas Parkway
Suite 800
Addison, TX 75001
*enesbitt@nvm.com*

*Via E-Mail & CM/RRR: #7014 0510 0001 7346 7031*
Stephen Harris
Drinker Biddle & Reath LLP
One Logan Square
Philadelphia, PA 19103
*Stephen.Harris@dbr.com*

*Via CM/RRR: #7014 0510 0001 7346 7031*
Sara Swain
3303 Quarry Place Lane
Katy, TX 77493